UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR07-0343JLR |
| Plaintiff, | ORDER DENYING MOTIONS |
| v. | |
| MIGUEL ANGEL JIMENEZ, | |
| Defendant. | |

This matter comes before the court on Defendant Miguel Angel Jimenez's renewed motion for judgment of acquittal, motion in arrest of judgment, and motion for a new trial (Dkt. # 399). The court previously denied the oral motions to sever, for judgment of acquittal, and for a new trial raised by Mr. Jimenez during and at the close of his trial (Dkt. # 396) as well as Mr. Jimenez's motion for judgment of acquittal on Counts 3 through 19 (Dkt. ## 356 (motion) & 395 (order)). The court DENIES Mr. Jimenez's renewed motion for judgment of acquittal, motion in arrest of judgment, and motion for a new trial (Dkt. # 399).

ORDER- 1

**A. Renewed Motion for Judgment of Acquittal**

The court construes Mr. Jimenez's renewed motion for judgment of acquittal as to Counts 1 and 2 and renewed motion for judgment of acquittal as to Counts 3 through 19 as a motion for reconsideration of the court's rulings denying his prior motions for judgment of acquittal. (*See* Dkt. ## 355, 356.) Local Criminal Rule 12(c)(11) provides, in pertinent part, as follows:

> Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of showing a manifest error in the prior ruling or a showing of new facts which could not have been brought to its attention earlier with reasonable diligence.

Local Rules W.D. Wash. CrR 12(c)(11)(A). Having reviewed Mr. Jimenez's motion, the record, and the relevant law, the court concludes that Mr. Jimenez has not made either showing with respect to his motions for judgment of acquittal. Mr. Jimenez's motion does not present any legal argument, nor does it identify any facts that were not available to the court when it denied his prior motions. The court therefore DENIES Mr. Jimenez's motion for reconsideration of the court's orders denying his prior motions for judgment of acquittal.

**B. Motion for Arrest of Judgment**

Mr. Jimenez moves for arrest of judgment on Counts 1 and 2 on the ground that the court lacks subject matter jurisdiction over those counts. Federal Rule of Criminal Procedure 34 provides, in relevant part, that the court must arrest judgment if the indictment does not charge an offense or the court does not have jurisdiction of the charged offense. Fed. R. Crim. P. 34(a). The court denied Mr. Jimenez's prior motions

to dismiss Counts 1 and 2 for lack of subject matter jurisdiction.  (*See* Dkt. ## 85, 287, 385 (motions); Dkt. ## 147, 332, 396 (rulings).)  In the motion now before the court, Mr. Jimenez raises no new legal arguments and cites no authority in support of his challenge to the court's jurisdiction over Counts 1 and 2.  The court therefore DENIES Mr. Jimenez's motion for arrest of judgment for the same reasons it denied his prior motions to dismiss.

**C.     Motion for a New Trial**

Finally, Mr. Jimenez moves for a new trial.  Federal Rule of Criminal Procedure 33 provides that the court may vacate any judgment and grant a new trial if the interest of justice so requires.  Fed. R. Crim. P. 33(a).  Mr. Jimenez contends that he is entitled to a new trial based on a number of the court's rulings on motions made by Mr. Jimenez both before and during trial.[1]  (Mot. at 2-3.)  Mr. Jimenez also asserts that Agent Vincent Carpio presented "untruthful" testimony at trial and argues that the evidence was insufficient for the jury to convict him on Counts 1 through 19.  (*Id.*)  Having considered Mr. Jimenez's motion, the trial record, and the relevant law, the court DENIES Mr. Jimenez's motion for a new trial.

//

//

//

---

[1] Contrary to Mr. Jimenez's assertions, the court authorized funding for one of Mr. Jimenez's witnesses to travel from Colombia (*see* Dkt. # 332) and ruled on his motion for judgment of acquittal on counts 3 through 19 (*see* Dkt. # 395).

1     Dated this 16th day of May, 2011.

                                                        /s/ James L. Robart

                                                        JAMES L. ROBART
                                                        United States District Judge

ORDER- 4