Case 2:07-cr-00343-JLR   Document 554   Filed 01/04/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

United States of America
v.

MIGUEL ANGEL JIMENEZ

Case No: 2:07CR00343JLR

USM No: 83059-004

Date of Original Judgment: 9/19/2011
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

Dennis Carroll
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of Ct 1 & 2 - 340 months; and Cts 3 through 19 - 240 months **is reduced to** Ct 1 & 2 - 274 months; and Cts 3 through 19 - 240 months, all counts to run concurrent with each other.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 09/19/2011 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 4 January 2024

Effective Date: 02/01/2024
*(if different from order date)*

*Judge's signature*

The Honorable James L. Robart, United States District Judge
*Printed name and title*